Form opcschs (09/2008)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Dwayne D Myers

Debtor(s).

Case Number: 09−21527−TTG
Chapter: 7

---

## ORDER TO FILE POST−CONVERSION SCHEDULES

**"Chapter 7 Statement of Current Monthly Income and Means Test (Form 22A) must be Filed"**

TO: Debtor(s) and Debtor's Attorney

This case was converted from Chapter 11 to 7 on **January 5, 2010**. It is hereby

ORDERED that the Debtor(s) shall file by **January 19, 2010**, amended schedules, statements and documents, including the statement of current monthly income (means testing form)*, required by Interim Fed.R.Bankr.P. 1007(b)(1),(4),(5), and (6), and LBR 1007−1(b), or a declaration under penalty of perjury that there has been no change in the schedules, statements, and documents. It is further

ORDERED that if the schedules filed by the debtor(s) contain additional creditors, the debtor(s) shall mail to the trustee and any additional creditors a copy of the sec. 341 meeting notice pursuant to LBR 1009−1(c)(2).

Dated: January 6, 2010

                                                        Mark L. Hatcher
                                                        Clerk of the Bankruptcy Court

                                                        BY: Danny Redmond
                                                        Deputy Clerk

*In a case converting from a chapter 7 to any other chapter, a statement of current monthly income (means testing form) shall not be required if the time for filing a motion under Sec. 707(b) or (c), or any extension thereof, expired during the time the case was pending under chapter 7. A means testing form shall not be required when a case was originally filed prior to October 16, 2005.

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: dannyr              Page 1 of 1              Date Rcvd: Jan 06, 2010
Case: 09-21527                Form ID: opcschs          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 08, 2010.
```
db            +Dwayne D Myers,   1422 145th Ave SE,   Snohomish, WA 98290-5669
```
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**                    Signature:   *Joseph Speetjens*