The Honorable Thomas T. Glover<br>
Chapter 7<br>
Hearing Date: May 12, 2010<br>
Hearing Time: 9:30 a.m.<br>
Place: Marysville<br>
Response Due: May 5, 2010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | No. 09-21527 |
| DWAYNE D. MYERS, | DECLARATION OF MAILING |
| Debtor. | |

I, Kristina Hloptsidis, do declare that on April 13, 2010, I did cause to be mailed via first class postage in the United States mail copies of the following: NOTICE OF HEARING ON TRUSTEE'S MOTION FOR SALE OF PERSONAL PROPERTY AT AUCTION AND FOR PAYMENT OF AUCTIONEER; MOTION FOR SALE OF PERSONAL PROPERTY AT AUCTION AND FOR PAYMENT OF AUCTIONEER; PROPOSED ORDER; and a DECLARATION OF MAILING in the above entitled matter to the individuals listed below at the addresses stated:

Mr. Dwayne D. Myers
1422 145th Ave SE
Snohomish, WA 98290

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of April, 2010.

*/s/Kristina Hloptsidis*
Kristina Hloptsidis
Paralegal

DECLARATION OF MAILING- 1

ANDREWS ♦ BURDETTE<br>
Plaza 600 Building<br>
600 Stewart Street, Suite 620<br>
Seattle, WA 98101<br>
Telephone: (206) 441-0203<br>
Facsimile: (206) 624-2631