The Honorable Thomas T. Glover
Chapter 7
Hearing Date: May 12, 2010
Hearing Time: 9:30 a.m.
Place: Marysville
Response Due: May 5, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>DWAYNE D. MYERS,<br><br>        Debtor. | No. 09-21527<br><br>NOTICE OF HEARING ON TRUSTEE'S MOTION FOR SALE OF PERSONAL PROPERTY AT AUCTION AND FOR PAYMENT OF AUCTIONEER |

TO: Debtor, U.S. Trustee, and all parties in interest:

PLEASE TAKE NOTICE that Trustee Virginia A. Burdette has filed a Motion for Sale of Personal Property at Auction and Payment of Auctioneer. The trustee seeks approval to sell free and clear of liens and encumbrances the personal property of the Debtor consisting of his 2008 Dodge Truck, with a VIN number of 3D7KS28AX8G191256 and the Debtor's 2003 Polaris ATV with a VIN number of 4XACH68A83A736793.

The trustee also seeks approval of payment of Stokes Auction's commission and costs of sale from the gross proceeds of the sale, as soon as the trustee's Motion is approved by the Court and the subject personal property is sold. The trustee has determined that the above listed vehicles and ATV have value for the estate and the proposed sale at auction is in the best interest of the estate and its creditors. The motion is SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| **JUDGE:** | Hon. Thomas T. Glover | **TIME:** | 9:30 a.m. |
| **PLACE:** | Marysville Municipal Court<br>Courtroom 2<br>1015 State Ave.<br>Marysville, WA 98270 | **DATE:** | May 12, 2010 |

NOTICE OF HEARING ON TRUSTEE'S MOTION
FOR SALE OF PERSONAL PROPERTY AT
AUCTION AND FOR PAYMENT OF AUCTIONEER -
1

ANDREWS ♦ BURDETTE
Plaza 600 Building
600 Stewart Street, Suite 620
Seattle, WA 98101
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and the original filed with the Bankruptcy Court at 700 Stewart Street, Room 6301, Seattle, Washington 98101. Copies must be served on the United States Trustee's Office at 700 Stewart Street, Suite 5103, Seattle, Washington 98101, the above-named Judge, and the undersigned **not later than the response date** which is **May 5, 2010.** Failure to comply with the local rule may be deemed by the Court as opposition without merit. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented *ex parte*.

DATED this 2nd day of April, 2010.

*/s/ Virginia A. Burdette*
Virginia A. Burdette, WSBA #17921
Chapter 7 Trustee

ANDREWS ♦ BURDETTE
Plaza 600 Building
600 Stewart Street, Suite 620
Seattle, WA 98101
Telephone: (206) 441-0203
Facsimile: (206) 624-2631

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 16, 2010.
```
db        +Dwayne D Myers,   1422 145th Ave SE,  Snohomish, WA 98290-5669
aty       +Michael Gustafson,   Newman & Newman Attorneys at Law LLP,   505 5th Ave S Ste 610,
           Seattle, WA 98104-3846
sr         Boeing Employees Credit Union,   Tukwila Financial Center,   PO Box 97050,   Mail Stop # 1155-1,
           Seattle, WA  98124-9750
sr        +Flagstar Bank FSB,   Routh Crabtree Olsen, P.S.,   c/o Mark Moburg,   3535 Factoria Blvd. SE,
           Suite 200,   Bellevue, WA 98006-1263
sr        +Gail Schafer,   c/o J. Todd Tracy,   Crocker Kuno PLLC,   720 Olive Way, Ste 1000,
           Seattle, WA 98101-1881
cr        +Tamara K Walsh,   c/o Law Office of Gary W. East,   6677 NE Windermere Road,
           Seattle, WA 98115-7942
sr        +Vicki Treichler,   c/o J. Todd Tracy,   Crocker Kuno PLLC,   720 Olive Way, Ste 1000,
           Seattle, WA 98101-1881
sr         Washington State Tax Agencies,   Office of the Attorney General,   Bankruptcy & Collection Unit,
           800 5th Ave Ste 2000,   Seattle, WA  98104-3188
sr        +Wells Fargo Bank National Association,   Schwet Rieke & Linde PLLC,   2955 80th Ave SE Ste 102,
           Mercer Island,, WA 98040-2960
cr        +Wendy Melling,   c/o J. Todd Tracy,   Crocker Kuno PLLC,   720 Olive Way, Ste 1000,
           Seattle, WA 98101-1881
952102901 +ADT,   PO Box 371956,  Pittsburgh, PA 15250-7956
952102906 +ANYTIME FITNESS,   25 95th Drive NE, Suite 107,   Lake Stevens, WA 98258-7976
952102902 +Alaska Cascade Financial Services,   PO Box 4162,   Federal Way, WA 98063-4162
952102903 +American Distributing,   13618 45th Ave NE,  Marysville, WA 98271-7876
952102904 +Amman Septic Design,   14525 246th Dr SE,  Monroe, WA 98272-7637
952102905 +Anderson Hunter,   PO Box 5397,  Everett, WA 98206-5397
952102907 +BANK OF AMERICA,   4161 PIEDMONT PKWY,   GREENSBORO NC 27410-8119
952102908 +BOEING EMPLOYEES CREDIT UNION,   MICHAEL GUSTAFSON & JOHN DU WORS,
           NEWMAN & NEWMAN, ATTORNEYS  LLP,   505 FIFTH AVENUE SOUTH, SUITE 610,,   SEATTLE, WA 98104-3846
952102910 +CHASE,   8333 Ridgepoint Dr.,   Irving, TX 75063-5812
952102909 +Cevado Technologies,   PO Box 266,  Chelan WA 98816-0266
952149115  Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
952102911 +Comcast,   PO Box 34227,   Seattle WA 98124-1227
952102913 +ESCHELON,   13035 Gateway Dr. Suite 119,   Tukwila, WA 98168-3339
952102914 ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court:  INTERNAL REVENUE SERVICE,   SPECIAL PROCEDURES,
           915 SECOND AVE M/S W244,   SEATTLE  WA  98174)
952102915 +Jason M Steinhubel DDS,   9623 321st SE #B-105,   Everett, WA 98205-2425
952102916 +Key Equipment Finance,   PO Box 74713,  Cleveland, OH 44194-0796
952102917 +McGoorty Eisnemen Inc,   10410 19th Ave SE Ste 102,   Everett, WA 98208-4278
952102918 +Melling/Triechler/Schafer,   c/o J Todd Tracy,   Crocker Kuno PLLC,   720 Olive Way, Ste 1000,
           Seattle, WA 98101-1881
952102919 +Nielsen and Nielsen,   PO Box C,   Everett, WA 98206-0075
952102920 +Overhead Door Co Of Everett,   610 Front St #407,   Mukilteo WA 98275-1566
952102921 +Parking Enforcement Services Inc,   2608 2nd Ave #184,   Seattle, WA 98121-1212
952102922 +Ricoh,   PO Box 4245,   Carol Stream, IL 60197-4245
952102923 +SNOHOMISH COUNTY TREASURER,   M/S 501,   3000 ROCKEFELLER AVE,   EVERETT WA 98201-4046
952102925 +TIMOTHY AND TAMARA WALSH,   C/O GARY EAST,   6677 NE WINDERMENRE RD,   SEATTLE WA 98115-7942
952102924 +Thompson West,   PO Box 6292,   Carol Stream, IL 60197-6292
952102926 +VELDA MYERS,   1031 145TH AVE SE,  SNOHOMISH WA 98290-5650
952102927 +VERIZON NW,   BANKRUPTCY DEPARTMENT,   PO BOX 3397,   BLOOMINGTON IL 61702-3397
952119542 +WA Department of Revenue,   Attn:Susan Roland,   2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
952102928  WA ST DEPT OF REVENUE,   Bankruptcy/Claims Unit,   2101 4th Ave #1400,   Seattle WA 98121-2300
952102931 +Wells Fargo Bank,   PO Box 9210,   Des Moines, IA 50306-9210
952102929 +Wells Fargo Bank,   PO Box 29746,   Phoenix, AZ 85038-9746
952102930 +Wells Fargo Bank,   PO Box 54349,   Los Angeles, CA 90054-0349
952093412 +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
           Des Moines, IA 50306-9210
952206165  Wells Fargo Bank, N.A.,   BDD Bankruptcy Dept, MAC s4101-08c,
           100 W. Washington St., Phoenix, AZ 85003
952130685  Wells Fargo Bank, N.A.,   MAC S4101-08C,   100 W. Washington St., Phoenix, AZ 85003
```

The following entities were noticed by electronic transmission on Apr 14, 2010.
```
sr         E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2010 01:46:16   GE Money Bank,
           Recovery Management Systems Corporation,   c/o Ramesh Singh,   25 SE 2nd Ave #1120,
           Miami, FL  33131-1605
952192493 +E-mail/Text: bankruptcysupport@flagstar.com   Flagstar Bank, FSB,
           5151 Corporate Drive,   Troy, MI 48098-2639
952176544  E-mail/PDF: rmscedi@recoverycorp.com Apr 15 2010 01:46:17
           Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
           Miami, FL 33131-1605
952329175  E-mail/PDF: BNCEmails@blinellc.com Apr 15 2010 01:43:09   Roundup Funding, LLC,   MS 550,
           PO Box 91121,   Seattle, WA 98111-9221
952221915 +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV   US Trustee,
           700 Stewart Street,   Suite 5103,  Seattle, WA 98101-4438
                                                                        TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         Chase Home Finance LLC
cr         Flagstar Bank, FSB
auc        Stokes Auction
952102912  DARA AND PETER KOONTZ
                                                            TOTALS: 4, * 0
```

        ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2010**                     **Signature:**