**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE     (425) 458-2131

Honorable Judge Thomas T. Glover
Chapter 7
Hearing Location: Marysville
Hearing Date: April 28, 2010
Hearing Time: 9:30 am
Response Date: April 21, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Dwayne D Myers<br><br>Debtor. | No.: 09-21527-TTG<br><br>ORDER GRANTING RELIEF FROM STAY<br>To Flagstar Bank, FSB |

This matter came before the Court upon Flagstar Bank, FSB's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Flagstar Bank, FSB's motion and further as to the property located at 128 103rd Avenue NE, Everett, Washington 98205 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Flagstar Bank, FSB, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Flagstar Bank, FSB's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

Order Granting Relief From Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

U.S. Bankruptcy Judge Thomas T. Glover

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ James K. Miersma
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2